1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 JOEL PARRIS, Bar #014587
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, California  93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6 FERNANDO CORTEZ

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNIBTED STATES OF AMERICA,    )   NO.  6:09-MJ-00115 YNP
                                 )
12          *Plaintiff*,          )   AMENDED
                                 )   STIPULATION TO MODIFY
13      v.                       )   SENTENCE;
                                 )   ORDER THEREON
14 FERNANDO CORTEZ,              )
                                 )   Judge: Hon.   Larry M. Boyle
15          *Defendant*.          )
   _____ )
16

17

18         IT IS HEREBY STIPULATED by and between the parties hereto, and through their

19 respective attorneys of record herein, that the sentence imposed in this case be modified to add a

20 term of 90 days unsupervised probation.  The purpose of said modification is to facilitate and

21 allow the defendant to serve the balance of his sentence, six days, on two weekends.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Counsel affirms that National Park Service Law Enforcement Specialist, Susan St. Vincent, has been consulted and has advised counsel undersigned that the government agrees with the requested modification.

DATED: July 30, 2009　　　　　　　　　　　　/s/ Ed Dunlavey
　　　　　　　　　　　　　　　　　　　　　　ED DUNLAVEY
　　　　　　　　　　　　　　　　　　　　　　National Park Service


　　　　　　　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　　　　　　Federal Defender

DATED: July 30, 2009　　　　　　　　　　　　/s/ Joel Parris
　　　　　　　　　　　　　　　　　　　　　　JOEL PARRIS
　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　Fernando Cortez


**O R D E R**

IT IS SO ORDERED that the sentence in case 6:09-mj-00115 for Mr. Cortez, be modified to add 90 days unsupervised probation.

IT IS SO ORDERED.

**Dated:　August 5, 2009**　　　　　　　　　　/s/ Larry M. Boyle
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Stipulation to Modify Sentence
and Order Thereon　　　　　　　　2