# UNITED STATES DISTRICT COURT

Eastern District of California

UNITED STATES OF AMERICA
V.
Fernando Cortez

## AMENDED JUDGMENT IN A CRIMINAL CASE

Case Number: 6:09-mj-00115-YNP
USM Number:
Joel Parris, A.F.D.
Defendant's Attorney

**Date of Original Judgment:** 7/14/2009
(Or Date of Last Amended Judgment)

**Reason for Amendment:**
- ☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
- ☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
- ☑ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
- ☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

- ☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
- ☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
- ☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
- ☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)
- ☐ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**
- ☑ pleaded guilty to count(s) One
- ☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
- ☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36CFR4.2/CVC 14601 | Driving on Suspended Drivers License behind a DUI | 6/21/2009 | One |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- ☐ The defendant has been found not guilty on count(s) _____
- ☑ Count(s) Two ☐ is ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

8/5/2009
Date of Imposition of Judgment

Signature of Judge

/s/ Larry M. Boyle     U.S. Magistrate Judge
Name of Judge          Title of Judge

8/5/2009
Date

AO 245C    (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 4A — Probation                                    (NOTE: Identify Changes with Asterisks (*))

Judgment—Page 3 of 4

DEFENDANT: Fernando Cortez
CASE NUMBER: 6:09-mj-00115-YNP

## ADDITIONAL PROBATION TERMS

Defendant is placed on 90 days unsupervised probation with the following special conditions:

1. Defendant shall serve 6 days custody. The court recommends that defendant serve time at Mariposa County jail on weekends. The shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 PM. on 8/28/2009 to be released on 8/30/2009 and surrender again before 2 PM on 9/4/2009 to be released on 9/6/2009.

2. Defendant shall pay $10 special assessment.